**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation. | No. 09-md-2096-PHX-FJM  **ORDER** |
| THIS DOCUMENT RELATES TO: Hernandez, Benny D. v. Matrixx Initiatives, Inc., et al. CV 10-1752-PHX-GMS  Reynolds, Catherine v. Matrixx Initiatives, Inc., et al. CV 10-1750-PHX-FJM  Williams, Linda A. v. Matrixx Initiatives, Inc., et al. CV 10-1736-PHX-MEA | |

The court has before it the parties' "Stipulated Motion to Transfer Related Cases to MDL No. 2096 In Re: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation" (doc. 855). We also have motions to reassign from each of the three individual plaintiffs (docs. 691, 697, and 698).

Plaintiffs allege that they suffered anosmia after using Zicam Cold Remedy, and assert claims for fraud, negligence, failure to warn, defective design, breaches of express and implied warranty, and violation of the Unfair and Deceptive Trade Practices Act. Plaintiffs'

1 cases involve the same defendants and call for determination of substantially the same
2 questions of law as the other personal injury cases in the MDL. <u>See</u> LRCiv 42.1(a).
3   Therefore, **IT IS ORDERED GRANTING** the parties' stipulated motion to transfer
4 (doc. 855). **IT IS ORDERED** that CV 10-1752-PHX-GMS, CV 10-1750-PHX-FJM, and
5 CV 10-1736-PHX-MEA shall be transferred to <u>In Re: Zicam Cold Remedy Marketing, Sales
6 Practices, and Products Liability Litigation</u>, MDL 09-2096-PHX-FJM. We therefore deny
7 as moot the motions to reassign from the three plaintiffs (docs. 691, 697, and 698).
8   DATED this 15th day of September, 2010.

*/s/ Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -